Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Raymond Richard Prine, Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RAYMOND RICHARD PRINE, JR.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-01607-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF<br><br>(ECF No. 10) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file his Motion for Summary Judgment and Supporting Brief. This is Plaintiff's first request for extension to file his Brief. There is good cause for this request. The certified administrative record in this case is 1,052 pages and Plaintiff intends on raising multiple fact-intensive issues, which combined with an unusually busy briefing schedule has resulted in the need for this request. As the Court is undoubtedly aware, Defendant has been diligently working to "catch-up" the backlog of certified transcripts due in federal court Social Security disability appeals nationwide, which has had the effect of significantly increasing

1

the number of cases calendared for briefing.[1]  As a result, Plaintiff respectfully requests a 30-day extension of time to file his opening brief to ensure that the issues are fully and concisely presented to the Court.

     Plaintiff respectfully requests an extension of time of Thirty (30) DAYS, from May 2, 2022 until June 1, 2022, to file his Motion for Summary Judgment and Supporting Brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

April 25, 2022  
DATED

/s/ Meghan O. Lambert  
MEGHAN O. LAMBERT, ESQUIRE  
Attorney for Plaintiff, Raymond Prine, Jr.

United States Attorney  
Benjamin E. Hall  
Acting Regional Chief Counsel, Region IX,  
Social Security Administration

Dated: April 25, 2022

By:  /s/ *Mary Tsai*  
(*as authorized by email on 4/19/22)  
Mary Tsai  
Special Assistant U.S. Attorney  
Attorneys for Defendant

---

[1] In affidavits filed in many Social Security disability appeals from Jebby Rasputnis, SSA's Executive Director of the Office of Appellate Operations, Defendant reports that the Agency has essentially doubled the rate of production that existed pre-COVID-19 pandemic (from an average of 300-400 hearing transcriptions per week prior to the pandemic and to its current capacity to produce more than 700 per week).

**ORDER**

Based on the above stipulation (ECF No. 10), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than June 1, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**April 26, 2022**__                     /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE